Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of LORENZO YANNOTTA, Respondent, against FEDDERS QUIGAN CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of ROCCO MORSILLO, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.—